IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY MCCLURE** *and* **CHIANA MCCLURE** | ) | CIVIL ACTION NO. 16-1190 |
| | ) | |
| | ) | JUDGE JOY FLOWERS CONTI |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

    AND NOW, this 24th day of January, 2017, the court has been advised that the above-captioned action has been settled and that the only matter remaining to be completed is submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a). It appears that there is no further action required by the court at this time.

    IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this order shall be considered a dismissal or disposition of this action, and that should further proceedings therein become necessary or desirable, either party may initiate the same in the same manner as if this order had not been entered.

    IT IS FURTHER ORDERED that the court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including but not limited to enforcing settlement.

    /s/ Joy Flowers Conti
    Joy Flowers Conti
    Chief United States District Judge