IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MCCLURE and CHIANA MCCLURE,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | No.:2:16-cv-01190-JFC<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK FOR THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA:

Pursuant to Federal Rule of Civil Procedure 41(a), the Parties hereto, by and through their counsel of record, hereby Stipulate to the dismissal of this lawsuit and, therefore, request that this case be marked VOLUNTARILY DISMISSED.

| COLAIZZI LAW FIRM, PC | ROBB LEONARD MULVIHILL LLP |
|---|---|
| /s/ Robert J. Colaizzi | /s/ Daniel L. Rivetti |
| Robert J. Colaizzi, Esquire | Daniel L. Rivetti, Esquire |
| Three Gateway Center, Suite 2325 | Jennifer L. Miller, Esquire |
| 1016 Green Tree Road | BNY Mellon Center |
| Suite 110 | 500 Grant Street, Suite 2300 |
| Pittsburgh, PA 15220 | Pittsburgh, PA 15219 |
| Phone: (412) 922-9909 | Phone: (412) 281-5431 |
| Fax: (412) 922-6131 | Fax: (412) 281-3711 |
| Email: robert@colaizzilaw.com | Email: drivetti@rlmlawfirm.com |
| *Attorneys for Plaintiffs* | Email: jmiller@rlmlawfirm.com |
| | *Attorneys for Defendant* |

{R0653833.1 }